# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

DIRECT DIAL IS: 212-545-4069
EMAIL ADDRESS IS: EVAN.CITRON@JACKSONLEWIS.COM

August 9, 2024

**VIA ECF**
The Honorable Marcia M. Henry, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Courtroom 504N
Brooklyn, New York 11201

                      Re:    *Waraich v. First National Bank of Long Island*
                            Case No.: 24-cv-01269

Dear Judge Henry:

      We represent Defendant First National Bank of Long Island ("Defendant") in the above-referenced matter. On behalf of all parties, we write to respectfully notify the Court that the parties have reached an agreement in principle to settle this matter. In light of that development, we respectfully request that the Court stay all pending deadlines and appearances in the case, so that the parties may direct their resources to finalizing the settlement.

      Thank you for Your Honor's consideration of this request.

                                                          Respectfully submitted,

                                                          JACKSON LEWIS P.C.

                                                          Evan B. Citron

cc: All Counsel of Record (*via* ECF)

4880-9441-7878, v. 1