UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HUSSAN WARAICH, individually and on behalf
of all those similarly situated,

                    Plaintiff,                    JUDGMENT
v.                                                     24-cv-01269-LDH-MMH

FIRST NATIONAL BANK OF LONG ISLAND,

                    Defendant.
----------------------------------------------------------------X

  A notice of acceptance of a Rule 68 Offer of Judgment having been filed on November 14, 2024; and Defendant First National Bank of Long Island, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Dennis Good in the amount of ONE THOUSAND FOUR HUNDRED DOLLARS AND ZERO CENTS ($1,400.00), inclusive of all Plaintiff's claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred up to the date of this Offer; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Dennis Good and against Defendant First National Bank of Long Island in the amount of ONE THOUSAND FOUR HUNDRED DOLLARS AND ZERO CENTS ($1,400.00), inclusive of all Plaintiff's claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred up to the date of this Offer.

Dated: Brooklyn, New York                                  Brenna B. Mahoney
       December 16, 2024                                      Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                    Deputy Clerk