UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HUSSAN WARAICH, individually and on behalf
of all those similarly situated,

                    Plaintiff,                    JUDGMENT
v.                    24-cv-01269-LDH-MMH

FIRST NATIONAL BANK OF LONG ISLAND,

                    Defendant.
----------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on November 14, 2024; and Defendant First National Bank of Long Island, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Lorena Perez in the amount of ONE THOUSAND FOUR HUNDRED DOLLARS AND ZERO CENTS ($1,400.00), inclusive of all Plaintiff's claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred up to the date of this Offer; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Lorena Perez and against Defendant First National Bank of Long Island in the amount of ONE THOUSAND FOUR HUNDRED DOLLARS AND ZERO CENTS ($1,400.00), inclusive of all Plaintiff's claims for relief, damages, expenses, and reimbursement of Plaintiff's reasonable attorneys' fees and costs incurred up to the date of this Offer.

Dated: Brooklyn, New York                              Brenna B. Mahoney
        December 16, 2024                               Clerk of Court

                                                          By:   */s/Jalitza Poveda*
                                                                  Deputy Clerk